IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEVIN PUGH, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:25-CV-706-RAH-JTA |
| CLEVELAND POOLE, | ) |
| Defendant. | ) |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge entered on December 1, 2025 (Doc. 5). There being no timely objections filed to the Recommendation and after an independent review of the record, it is ORDERED that the Recommendation is ADOPTED, this action is DISMISSED without prejudice, and all pending motions are DENIED as moot.

Final Judgment will be entered separately.

DONE, on this the 30th day of December 2025.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE